**Opinion filed August 30, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00336-CR

_____

## ALFRED REID DREW, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. 16039**

## M E M O R A N D U M   O P I N I O N

The jury convicted Appellant, Alfred Reid Drew, of the offense of burglary of a building and assessed his punishment at confinement for two years in a state jail facility and a fine of $10,000. We dismiss the appeal.

Appellant's court-appointed counsel has filed in this court a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present in this appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, and a motion for pro se access to the

appellate record.[1]  Counsel advised Appellant of his right to review the record and file a response to counsel's brief.  Counsel also advised Appellant of his right to file a petition for discretionary review with the clerk of the Texas Court of Criminal Appeals seeking review by that court.  *See* TEX. R. APP. P. 48.4, 68.  Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Although Appellant requested and received an extension of time to file a pro se response to counsel's *Anders* brief, Appellant has not filed a response.  Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit and should be dismissed.[2] *See Schulman*, 252 S.W.3d at 409.

The motion to withdraw is granted, and the appeal is dismissed.

PER CURIAM

August 30, 2018

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J., Bailey, J., and Wright, S.C.J.[3]

Willson, J., not participating.

---

[1]We note that Appellant filed that motion in this court and that the clerk of this court provided Appellant with a copy of the clerk's record and the reporter's record.

[2]We note that Appellant has a right to file a petition for discretionary review pursuant to TEX. R. APP. P. 68.

[3]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.